F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 1 2012

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

CIVIL ACTION NO. 08-cv-01468-REB

FREDERICO ARMENTA,

    Applicant,

vs.

MICHAEL ARELLANO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

On careful examination of the record, it appears that the disposition of the above captioned case is now final.

**THEREFORE, IT IS ORDERED** that the cClerk shall return the state court record.

Dated June 8, 2012, at Denver, Colorado.

                                        BY THE COURT:

                                        */s/ Bob Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01468-REB

District Court, City and County of Denver
1437 Bannock St. # 256
Denver, CO 80202

Alfonso Sonny Cabral
**DELIVERED ELECTRONICALLY**

Deborah Isenberg Pratt - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

     I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on   6/11/2012   .

                        GREGORY C. LANGHAM, CLERK

                        By: s/ D. Berardi
                               Deputy Clerk