FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 11 2012

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

CIVIL ACTION NO. 08-cv-01468-REB

FREDERICO ARMENTA,

    Applicant,

vs.

MICHAEL ARELLANO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

On careful examination of the record, it appears that the disposition of the above captioned case is now final.

**THEREFORE, IT IS ORDERED** that the cClerk shall return the state court record.

Dated June 8, 2012, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01468-REB

District Court, City and County of Denver
1437 Bannock St. # 256
Denver, CO 80202

Alfonso Sonny Cabral
**DELIVERED ELECTRONICALLY**

Deborah Isenberg Pratt - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  6/11/2012  .

                                          GREGORY C. LANGHAM, CLERK

                                          By: s/ D. Berardi
                                               Deputy Clerk